JS-6



FILED
CLERK, U.S. DISTRICT COURT
March 13, 2018
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHALL SALE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MERRILL LYNCH & CO., INC., a Delaware corporation; MERRILL LYNCH PIERCE, FENNER & SMITH, INC., a Delaware corporation and DOES 1 through 10,<br><br>Defendant. | CASE NO. 2:17-cv-01904 SJO (MRWx)<br><br>**ORDER GRANTIG JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

99161390.1

**[PROPOSED] ORDER GRANTIG JOINT
STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

# ORDER

Having reviewed and considered the Joint Stipulation of Dismissal of Entire Action With Prejudice submitted by Plaintiff Marshall Sale ("Plaintiff") and Defendant Merrill Lynch, Pierce, Fenner & Smith, Incorporated ("Defendant") (collectively, the "Parties"):

IT IS HEREBY ORDERED that Plaintiff's First Amended Complaint in the above-referenced action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Pursuant to the Parties' Stipulation, each party shall bear their own respective attorney's fees and costs.

The trial set for 4/10/18 is vacated.

**IT IS SO ORDERED.**

DATED: 3/13/18

*S. James Otero*

HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE